1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3
ANTONIO L. DOYLE,                                   Case No.: 3:24-cv-00226-ART-CLB
4
                    Plaintiff,
5                                                        **ORDER**
        v.
6
JAMES DZURENDA, et al.,
7
                    Defendants.
8

9          On May 30, 2024, pro se plaintiff Antonio L. Doyle, an inmate in the custody of the

10   Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF

11   No. 1-1). Plaintiff did not pay the full filing fee for a civil action or submit an application to

12   proceed *in forma pauperis*.  (*See* ECF No. 1).

13   **I.      DISCUSSION**

14         The United States District Court for the District of Nevada must collect filing fees

15   from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee

16   for filing a civil-rights action is $405, which includes the $350 filing fee and the $55

17   administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the

18   fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev.

19   Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate

20   must submit **all three** of the following documents to the Court: (1) a completed

21   **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the

22   Court's approved form, that is properly signed by the inmate twice on page 3; (2) a

23   completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

24   properly signed by both the inmate and a prison or jail official; and (3) a copy of the

25   **inmate's prison or jail trust fund account statement for the previous six-month**

26   **period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

27   status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

28   that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.     CONCLUSION

It is therefore ordered that Plaintiff has **until August 2, 2024,** to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

DATED THIS __3rd__ day of June 2024.

UNITED STATES MAGISTRATE JUDGE

2