UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTONIO L. DOYLE, | Case No. 3:24-cv-00226-ART-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants. | |

On May 30, 2024, Plaintiff appeared to initiate a new lawsuit by filing an amended civil rights complaint. (ECF No. 1-1). However, because Plaintiff had not paid the filing fee or applied to proceed *in forma pauperis*, the Court ordered him to do so. (ECF No. 3). In response, Plaintiff filed a notice informing the Court that the amended complaint filed on May 30, 2024, was "actually an amended complaint for case no. 3:24-cv-514-ART-CSD." (ECF No. 4). Plaintiff acknowledges that he failed to include a case number on the amended complaint. (*Id.*)

The Court notes that Plaintiff does have another case open under 3:2<u>3</u>-cv-514-ART-CSD. The Court will have the clerk's office docket the amended complaint in the other case and close this case.

IT IS THEREFORE ORDERED that the Clerk of the Court will docket the amended civil rights complaint (ECF No. 1-1) in *Doyle v. Dzurenda*, 3:23-cv-00514-ART-CSD, with a copy of this order.

IT IS FURTHER ORDERED that the Clerk of the Court will close the instant case because it was opened in error.

DATED THIS 18th day of June 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE